IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br> _____ / <br><br> This Order Relates To: <br><br> *A.P. vs. Uber Inc.*, <br> Case No. 3:23-cv-06357-CRB <br><br> *J.C. vs. Uber Inc.*, <br> Case No. 3:24-cv-03965-CRB <br><br> *T.L. vs. Uber Inc.*, <br> Case No. 3:24-cv-03966-CRB <br><br> *K.R. vs. Uber Inc.*, <br> Case No. 3:23-cv-06313-CRB | MDL No. 3084 <br><br> **ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL** <br><br> Re: Dkt. Nos. 1683, 1806, 1807, 1815 |

The motions to withdraw filed by Plaintiffs' counsel in the above-captioned cases are granted. Within 28 days of this order, each plaintiff shall file a notice indicating whether they intend to pursue the action with new counsel or representing themselves. If the plaintiff does not file that notice, the Court will dismiss their case without prejudice.

Uber's counsel shall provide a copy of this order to the plaintiff and file a declaration within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: November 18, 2024



CHARLES R. BREYER
United States District Judge